(89 South. 520)
**WESTERN UNION TELEGRAPH CO. v. LOUISVILLE & N. R. CO.**
(3 Div. 492.)

(Supreme Court of Alabama. June 30, 1921. Rehearing Denied July 15, 1921.)

Appeal from Circuit Court, Montgomery County; Walter B. Jones, Judge.

Action by the Western Union Telegraph Company against the Louisville & Nashville Railroad Company. From a decree for defendant, plaintiff appeals. Affirmed.

Francis R. Stark, of New York City, Rushton & Crenshaw, of Montgomery, and Forney Johnston, of Washington, D. C., for appellant.
Jones & Thomas and Goodwyn & McIntyre, all of Montgomery, for appellee.

THOMAS, J. Affirmed on the authority of 3 Div. 491, present term, Western Union Telegraph Co. v. Louisville & Nashville Railroad Co., ante, p. 368, 89 South. 518.